UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>ONE (1) GLOCK 23C, .40 CALIBER PISTOL, SERIAL NUMBER KDX174,<br>**Defendant *In Rem*.** | CIVIL NO.: |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

COMES NOW, the United States of America brings this Verified Complaint for Forfeiture *In Rem* pursuant Supplemental Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

**NATURE OF THE ACTION**

1. This is a civil action *in rem* brought to enforce the provisions of 21 U.S.C. §§ 841(a), 853 and 881 and 18 U.S.C. §§ 922(g)(1), and 924(d).

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345; over an action for forfeiture pursuant to 28 U.S.C. § 1355; and over this particular action pursuant to 21 U.S.C. §§ 841(a), 853 and 881 and 18 U.S.C. §S 922(g)(1), and 924(d).

1

3. Venue is proper in this district and the Court has *in rem* jurisdiction over the Defendant *In Rem* pursuant to 28 U.S.C. §§ 1355(b)(1)(A) and 1395(b) because the acts and omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT *IN REM*

4. The Defendant *In Rem* was seized on April 29, 2022 from Jonathan Santiago-Hernandez at his residence located at Urb. Colimar, 15 Calle Rafael Hernandez, Guaynabo, Puerto Rico.

## BASIS FOR FORFEITURE

5. Defendant *In Rem* are subject to forfeiture pursuant to:

   a. Forfeitures: moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 801, et seq., all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. § 801, et seq, pursuant to 21 U.S.C. § 881(a)(6);

   b. 21 U.S.C. § 881(a)(11): Any firearm (as defined in section 921 of Title 18) used or intended t be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1) or (2) and any proceeds traceable to such property.

   c. Unlawful acts: 18 U.S.C. § 924(d)(1) (Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922).

### Facts Supporting Forfeiture

6. The Verified Complaint fully incorporates the facts contained in the attached Unsworn Declaration of Anastacia M. Garcia-Johnson, a Special Agent for the Drug Enforcement Administration (DEA).

### Claim for Relief

7. The United States of America respectfully requests that the Court issue a warrant of arrest for the Defendant *In Rem*; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that the Court enter judgment declaring the Defendant *In Rem* condemned and forfeited to the United States of America for disposition according to law; and that the Court grant the United States of America such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of October 2022.

W. STEPHEN MULDROW
United States Attorney

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

## VERIFIED DECLARATION

I, Myriam Y. Fernández-González, Assistant United States Attorney, declare pursuant penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Drug Enforcement Administration (DEA); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 17th day of October 2022.

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernández-González
Assistant U.S. Attorney


## VERIFIED DECLARATION

I, Anastacia M. Garcia-Johnson, depose and say that I am a special agent with the Drug Enforcement Administration (DEA) and as such have responsibility for the within action, that I have read the contents of the foregoing Verified Complaint for Forfeiture *In Rem* and, pursuant to 28 U.S.C. § 1746, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in San Juan, Puerto Rico, this 17 day of October 2022.

Anastacia M. Garcia-Johnson, Special Agent
Drug Enforcement Administration (ADEA@)